**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**Gary Lee Butler**

    **Debtor(s).**

                              **CASE NO. 09-03793-ABB**
                              **CHAPTER  7**

_____/

**ORDER GRANTING FIFTH THIRD BANK, A MICHIGAN CORPORATION,**
**SUCCESSOR IN INTEREST TO R-G CROWN BANK**
**MOTION FOR RELIEF FROM STAY**

This case is before the Court upon the Motion for Relief from Stay (Doc # 12) filed by FIFTH

THIRD BANK, A MICHIGAN CORPORATION, SUCCESSOR IN INTEREST TO R-G

CROWN BANK ("Movant"), on June 2, 2009.  The Motion was served upon all interested parties

with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to

object within 21 days of the date of service of the Motion.  No appropriate objections having been

filed, it is

    **ORDERED:**

    1.     The Motion for Relief from Stay is granted.

    2.     The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant and Movant

may proceed with the foreclosure of its lien on the following property:

        **UNIT 416, THE HAMMOCK BEACH CLUB, A CONDOMINIUM,**
        **ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF,**
        **AS RECORDED IN OFFICIAL RECORDS BOOK 917, PAGE 938, OF THE**
        **PUBLIC RECORDS OF FLAGLER COUNTY, FLORIDA, AS**
        **SUBSEQUENTLY AMENDED, TOGETHER WITH ALL**

**APPURTENANCES THERETO AS SET FORTH IN SAID DECLARATION OF CONDOMINIUM, BEING ALL OF PARCEL 1 AND A PORTION OF PARCEL 1A, NORTHSHORE PLAT FIVE, PAGES 38 THROUGH 40, INCLUSIVE, OF THE PUBLIC RECORDS OF FLAGLER COUNTY, FLORIDA**

3.	This Order is entered for the sole purpose of allowing Movant, its successors and/or assigns, to commence and/or continue to prosecute through judgment, sale, certificate of title and possession, a foreclosure against the property described above.

4.	Movant shall not obtain an *in personam* judgment against the Debtor(s).

DONE AND ORDERED at ORLANDO Florida on June 26, 2009.

_____
ARTHUR BRISKMAN
UNITED STATES BANKRUPTCY JUDGE

Copies Furnished To:

Gary Lee Butler
137 Spring Chase Cir
Altamonte Springs, FL 32714

Peter N Hill, Esquire
1851 West Colonial Drive
Orlando, FL 32804

Gene T. Chambers, Trustee
P. O. Box 533987
Orlando, FL 32853

John C. Brock, Jr.
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018

B09043047